MARILYN CARMACK,                         )
                                         )
            Plaintiff,                   )
                                         )
      vs.                                )          Case No. 4:08-CV-186 CAS
                                         )
MICHAEL J. ASTRUE,                       )
Commissioner of Social Security,         )
                                         )
            Defendant.                   )

## **ORDER**

The above styled and numbered case was filed on February 6, 2008, and randomly assigned to the Honorable Charles A. Shaw, United States District Judge.

However, a review of this case indicates that plaintiff's counsel erroneously filed this case in the Eastern Division of this District . Pursuant to Local Rule 2.07(B)(1), all actions brought against a single defendant who is a resident of this district must be brought in the division where the defendant resides, or where the claim for relief arose. In the claim at hand, the plaintiff resides and the claim arose in Chariton County which is located within this district's Northern Division. See Local Rule 2.07(A)(2).

Therefore,

Pursuant to Local Rule 2.07(B)(1), this cause has been reassigned to the Honorable E. Richard Webber, United States District Judge, by random assignment, in this Court's Northern Division.

Dated this 21st Day of February, 2008.          JAMES G. WOODWARD, CLERK

                                        By: /s/ Karen Moore, Deputy Clerk

**In all future filings please use the following cause number**: **2:08-CV-0010 ERW.**